# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHRIS ROGERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:20-cv-00233-SRB |
| ALL STATES MARKETING, INC. d/b/a PEAK AUCTIONEERING, | ) ) ) ) |
| Defendant. | ) ) |

**OFFER OF JUDGMENT, NOTICE OF ACCEPTANCE, PROOF OF SERVICE**

Defendant All States Marketing, Inc. d/b/a Peak Auctioneering ("Peak Auctioneering"), under Federal Rule of Civil Procedure 68, offers to allow judgment in favor of Chris Rogers ("Rogers") and against it on the following terms:

1. That judgment may be entered in favor of Rogers and against Peak Auctioneering in the amount of $6,000 to satisfy all claims for relief sought for in his complaint (Doc. 1), including all costs and attorneys' fees allowed by law.

2. Peak Auctioneering, by making this offer, does not admit any liability or wrongdoing. This offer is an attempt to resolve the claims provided for in Rogers' Complaint to avoid further costs and potential liabilities.

3. This offer shall remain open for 14 days. *See* Rule 68(a).

**NOTICE OF ACCEPTANCE**

Plaintiff Chris Rogers accepts the foregoing Offer of Judgment to resolve his claim as set forth in the Complaint (Doc. 1).

# CERTIFICATE OF SERVICE

Plaintiff Chris Rogers acknowledges being served with a copy of Peak Auctioneering's Offer of Judgment on August 11, 2020.

In turn, Peak Auctioneering acknowledges being served with a copy of this document—including Rogers' Notice of Acceptance and this Certificate of Service—on August 14, 2020.

Pursuant to Rule 68(a), the parties respectfully request that the Court enter judgment in Rogers' favor and against Peak Auctioneering in the amount of $6,000, including all costs and attorneys' fees, on Count I of the Complaint (Doc. 1).

        Respectfully submitted by,

/s/ Alan L. Rupe
Alan L. Rupe, MO #56013
Blake M. Edwards, MO #70755
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, Missouri 64112
Telephone: (816) 299-4250
Facsimile: (816) 299-4245
alan.rupe@lewisbrisbois.com
blake.edwards@lewisbrisbois.com

ATTORNEYS FOR DEFENDANT

and

**HKM EMPLOYMENT ATTORNEYS LLP**

By: */s/ Brad K. Thoenen*
Brad K. Thoenen, MO 59778
bthoenen@hkm.com
John J. Ziegelmeyer III, MO 59042
jziegelmeyer@hkm.com
1501 Westport Road
Kansas City, Missouri 64111
816.875.9339
www.hkm.com

ATTORNEYS FOR PLAINTIFF