IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHRIS ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00233-SRB |
| ) | |
| ALL STATES MARKETING, INC., d/b/a ) | |
| PEAK AUCTIONEERING, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Defendant All States Marketing, Inc. d/b/a Peak Auctioneering extended an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 to Plaintiff Chris Rogers, and Plaintiff accepted the offer. Thereafter, the parties jointly filed an Offer of Judgment, Notice of Acceptance, and Proof of Service and requested the Court enter judgment against Defendant in the amount of $6,000, including all costs and attorneys' fees. (Doc. #20).

Accordingly, pursuant to Rule 68(a) the Court hereby enters judgment in Plaintiff's favor and against Defendant in the amount of $6,000 to satisfy all claims for relief sought in Plaintiff's Complaint, including all costs and attorneys' fees.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: August 17, 2020